IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **REBECCA NAPIER,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**RIV PIZZA LLC d/b/a DOMINO'S** and **RUTBEL VENTURA,**<br><br>Defendants. | **Case No. 1:21-cv-2650-ELR**<br><br>**Jury Demanded** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE

Plaintiff, REBECCA NAPIER, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files her Notice of Voluntary Dismissal of the above-styled cause without prejudice.

Dated this 25th day of August, 2021.

/s/ C. Ryan Morgan
C. RYAN MORGAN, ESQ.
Georgia Bar No.: 711884
Morgan & Morgan, P.A.
20 North Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 418-2069
Facsimile: (407) 245-3401
E-mail: rmorgan@forthepeople.com

Jay Forester*, Texas Bar No. 24087532
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
jay@foresterhaynie.com
**pro hac vice* forthcoming

***Attorneys for Plaintiff(s)***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.